IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

LOUIS ANGOTTI,
    Plaintiff,

v.                                           Civil No. 3:23cv730 (DJN)

A. HARRIS, *et al.*,
    Defendants.

**MEMORANDUM OPINION**

By Memorandum Order entered on November 14, 2023, the Court conditionally docketed Plaintiff's action. At that time, the Court informed Plaintiff that he must keep the Court advised of his current address. By Memorandum Order entered on April 8, 2025, the Court denied Plaintiff's Motion for Summary Judgment. (ECF No. 75.) On April 17, 2025, the United States Postal Service returned the April 8, 2025 Memorandum Order to the Court marked, "Return to Sender," and "Inmate not in VADOC." (ECF No. 76, at 1.) Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE. The Motion for Extension of Time (ECF No. 77) will be DENIED as moot.

Let the Clerk file a copy of this Memorandum Opinion electronically and send a copy to Plaintiff.

An appropriate Order shall issue.

                                                                          /s/
                                                David J. Novak
                                                United States District Judge

Richmond, Virginia
Dated: April 29, 2025